UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL COLEMAN,

       Plaintiff,

vs.                                    CASE NO. 08-14534
                                    HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff filed the instant action seeking Social Security Disability Insurance Benefits and Supplemental Security Income. This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated October 26, 2009, wherein the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

      After a thorough review of the court file, the parties' respective motions, the Report and Recommendation, the objections to the Report and Recommendation filed by Plaintiff and Defendant's response to Plaintiff's objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED. Judgment shall be entered accordingly.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: December 2, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 2, 2009.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290